# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC 2017 LLC § § | |
| v. § § | Case No. 2:19-CV-150-JRG-RSP |
| KIK INTERACTIVE, INC. § § | |

## JOINT MOTION FOR AGREED DISCOVERY ORDER

Pursuant to the Court's scheduling order, Plaintiff Uniloc 2017 LLC and Defendant Kik Interactive, Inc. jointly move for entry of the attached agreed discovery order.

Dated: August 3, 2020

*/s/ Ryan S. Loveless*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Brett A. Mangrum
Texas State Bar No. 24065671
Travis L. Richins
Texas State Bar No. 24061296
Jeff Huang
**ETHERIDGE LAW GROUP, PLLC**

2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Brett@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Jeff@EtheridgeLaw.com

*Counsel for Plaintiff*
*Uniloc 2017 LLC*

Respectfully submitted,

/s/ *Mark C. Lang*
Eric A. Buresh
Mark C. Lang
**ERISE IP**
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
michelle.marriott@eriseip.com
eric.buresh@eriseip.com
mark.lang@eriseip.com

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com
melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Kik Interactive, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this August 3, 2020 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ryan S. Loveless.*
Ryan S. Loveless
